**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-55T** **DATE**: August 25, 2005
**TITLE OF CASE:** USA v. Shawn Lewis

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **Dennis Jenkins**

---

**COUNSEL PRESENT:**

Government: Peter Nerona, AUSA

Defendant: Kevin J. Fitzgerald, Esq.

---

**PROCEEDINGS:** **Sentencing**

All counsel of record present. Defendant present. Probation present. Court addresses. No objections to the Presentence Investigation Report. Defense recommends and argues a sentence below the guideline range. Government argue in opposition to Defense's request. Defendant allocutes. Court addresses calculation of the guideline range. Court finds that the guidelines overstate the penalty for cocaine base v. cocaine powder and determines that it can fashion a severe and sufficient sentence using an alternate ratio. Court sentences defendant to the following: Count 1 - 188 months incarceration with 5 years of supervised release. Special conditions : Defendant to participate in a continuing program of substance abuse counseling and treatment, on an inpatient or outpatient basis, as approved by U.S. Probation. For every week not employed full time, defendant to complete 25 hours of community service as approved by U.S. Probation. No fine imposed as Court finds defendant has no ability to pay. $100.00 Special Assessment. Count 2 - 120 months incarceration to be served concurrent with Count 1. Three years supervised release concurrent with Count 1. Conditions of supervised release: same as Count 1. Fine waived as Court finds defendant has no ability to pay. $100.00 Special Assessment. Government notes on the record it's objection to the sentence imposed.

Recess