UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-0055T |
| | ) | |
| SHAWN LEWIS | ) | |

MOTION TO CONTINUE RESENTENCING

Now comes Shawn Lewis, the Defendant in the above captioned matter, and moves this Honorable Court to continue his re-sentencing for 30 days. The re-sentencing is currently scheduled for June 23, 2006. Defense counsel asserts the following items, among others, in support of this motion:

1. Mr. Lewis has been in BOP custody outside of this jurisdiction since before his appeal became final; Counsel has not yet had the opportunity to explain and discuss the implications of the Court of Appeals decision with Mr. Lewis face to face.
2. Counsel was on trial in *United States v. Robert Taylor,* CR 06-013T, from May 30 to June 1, 2006, and will be retrying this case prior to June 23, 2006.
3. Counsel has a complicated sentencing scheduled in *United States v. Eric Perry*, CR 05-136T, on June 9, 2006.
4. Counsel also has a sentencing scheduled in *United States v. Staphvon Johnson*, CR 05-133ML, on June 23, 2006.
5. Counsel is court excused from June 26 through July 4, 2006, and also on July 14, 2006.

The defense requests this continuance in order to properly prepare for the re-sentencing and provide effective assistance to Mr. Lewis.

Respectfully submitted,
Shawn Lewis
Through his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender

**Certification**

I hereby certify that I caused this motion to be delivered to USPO Dennis Jenkins, 36 Exchange Terrace, Providence 02903, and AUSA Lee Vilker, 50 Kennedy Plaza, 8th Floor, Providence 02903 on this the 8th day of June, 2006.