**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

vs. C.R. No. 05-55T

SHAWN LEWIS,
Defendants

**ORDER**

Defendant's Motion for Continuance of the June 23rd, 2006 Sentencing date is hereby DENIED for the following reasons: 1) The defendant will be in the District of Rhode Island on June 21st, 2006 and counsel will have ample opportunity to meet with the defendant; 2) The matter is in this Court on remand from the 1st Circuit Court of Appeals for re-sentencing and most of the issues were previously dealt with at the original sentencing.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge Ernest C. Torres
date: 6/15/06