UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-0055T |
| | ) | |
| SHAWN LEWIS | ) | |

MOTION FOR SENTENCE CONSIDERATION

Now comes Shawn Lewis, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, in compliance with18 U.S.C. § 3553(a). In *United States v. Booker*, 543 U.S. 220, 125 S. Ct. 738 (2005), the Supreme Court struck down the mandatory element of the sentencing guidelines, rendering them advisory only. 125 S. Ct. at 755-56. The Court must now sentence Mr. Lewis pursuant to 18 U.S.C. § 3553(a) in a reasonable manner. *Id.* at 765-68. After considering all the appropriate information present in this case, the Court should conclude that the advisory guidelines call for a sentence longer than what is sufficient to comply with 18 U.S.C. § 3553(a). Mr. Lewis requests the Court re-impose the initial sentence in this matter, 188 months of incarceration, because that sentence represents a period of incarceration adequate to satisfy the purposes of sentencing without being greater than necessary. Mr. Lewis's memorandum in support of this motion is forthcoming.

Respectfully Submitted
Shawn Lewis,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to USPO Dennis Jenkins, 36 Exchange Terrace, Providence 02903, and AUSA Lee Vilker, 50 Kennedy Plaza, 8th Floor, Providence 02903 on this the 16th day of June 2006.