FILED

JUN 16 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR05-0055T
)
SHAWN LEWIS )

MOTION TO FILE SENTENCING MEMORANDUM OUT OF TIME

Now comes Shawn Lewis, the Defendant in the above captioned matter, and requests this Honorable Court to accept Mr. Lewis's sentencing memorandum out of time. Local Rule of Criminal Procedure 32 (2006) requires submission of a request for a non-guideline sentence no later than one week before the sentencing date. Mr. Lewis's re-sentencing is currently scheduled for June 23, 2006, and the Court has denied counsel's request to continue that date today, June 16, 2006. Sentencing memoranda are also due, pursuant to the rule, today. Despite diligent efforts to complete this memorandum, counsel will not be able to comply with the time period set by this rule. Defense counsel has been involved in the following matters in court most recently:

- Trial in *United States v. Robert Taylor*, CR 06-013T, from May 30 to June 1, 2006, and will be retrying this case on June 16, 2006;
- Sentencing in *United States v. Eric Perry*, CR 05-136T, on June 9, 2006; and
- Violation hearing in *United States v. Bernard Carbone*, CR 04-076S, on June 7, 2006.

Additionally, counsel has been attending to the sentencing process in:

- *United States v. Staphvon Johnson*, CR 05-133ML (sentencing on June 23, 2006);
- *United States v. Anderson Garcia*, CR 06-021ML;
- *United States v. Jhohan Lopez*, CR 06-016S;
- *United States v. Jennifer Bennett*, CR 05-120ML;
- *United States v. Sean Philbrook*, CR 05-048T;
- *United States v. Jamal Northup*, CR 06-003T; and
- *United States v. Marcos Moran*, CR 06-030ML.

Also, counsel has been working on three cases with extensive medical and mental health issues:

- *Jennifer Bennett*, as above.
- *United States v. Thomas Woodward*, CR 06-04S; and
- *United States v. Lawrence Labbadia*, CR 06-08T.

Finally, counsel has been involved in the following post conviction matters:

- *Sean Philbrook*, as above;
- *Jennifer Bennett*, as above;
- *United States v. William Bennett*, CR 05-133ML (on appeal to First Circuit);
- *United States v. Latrell Mangum*, CR 05-241ML (Memorandum for Certificate of Appealability due to First Circuit Court of Appeals today June 16, 2006).

Counsel continues to take on new cases as necessary and has also assisted the Federal Defender, Miriam Conrad, in the hiring process for a new assistant position for the District of Rhode Island. Beyond this case load, counsel has not been able to consult with Mr. Lewis about this re-sentencing or the First Circuit's opinion. While the BOP has suggested that Mr. Lewis will be in the district on June 21, 2006, that may still not allow adequate time for proper consultation and effective assistance.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
6/21/06

Respectfully submitted,
Shawn Lewis
Through his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender

**Certification**

I hereby certify that I caused this motion to be delivered to USPO Dennis Jenkins, 36 Exchange Terrace, Providence 02903, and AUSA Lee Vilker, 50 Kennedy Plaza, 8th Floor, Providence 02903 on this the 16th day of June, 2006.