**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. C.R. No. 05-55T

SHAWN LEWIS

# NOTICE OF APPEAL

Now comes the defendant, Shawn Lewis, and notices his appeal to the United States Court of Appeals for the First Circuit from the sentence imposed on June 23, 2006.

Notice enters by Clerk pursuant to the Oral Order of Judge Ernest C. Torres on June 23, 2006.

ENTER:

Deputy Clerk

June 26, 2006