# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR05-55T***

***To:*** ***Warden***
***FCI Ray Brook***
***Ray Brook, NY 12977***

YOU ARE HEREBY COMMANDED, to have the **body** of **Shawn Lewis**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **23rd** day of **June, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

RECEIVED

MAY 0 3 2006

US MARSHALS
RHODE ISLAND

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: May 2, 2006.

Re-Sentencing

***By*** Ernest C Torres
***Ernest C. Torres, Chief Judge***