## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs.                                              C.R. No. 05-55T

SHAWN LEWIS

### ORDER GRANTING MOTION TO CORRECT CLERICAL ERROR

For reasons stated in open court on August 2, 2006, defendant's motion to correct the presentence investigation report shall be treated as a motion to correct a clerical error. The motion to correct a clerical error is hereby granted as it relates to paragraph forty-one (41) of the presentence investigation report.

By Order

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: 8/15/06