**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. C.R. No. 05-55T

SHAWN LEWIS

**ORDER GRANTING MOTION TO CORRECT CLERICAL ERROR**

For reasons stated in open court on August 2, 2006, defendant's motion to correct the presentence investigation report shall be treated as a motion to correct a clerical error. The motion to correct a clerical error is hereby granted as it relates to paragraph forty-one (41) of the presentence investigation report.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 8/15/06