UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

September 14, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v. SHAWN LEWIS***
***USDC CR05-55T*** ***COA***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ____________
Lucia Cristina Leyva
DEPUTY CLERK

encl. Doc. #44 - Transcript of Sentencing on Remand held 6/23/2006 before Judge Ernest C. Torres; Certified Copy of Docket