MANDATE

05-00055
USDC/RI
Torres, J

# United States Court of Appeals
## For the First Circuit

No. 06-2132

UNITED STATES,

Appellee,

v.

SHAWN LEWIS,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella and Lynch, Circuit Judges.

**JUDGMENT**

Entered: March 27, 2008

The defendant's sentence is vacated and the matter is remanded to the district court for resentencing in light of Kimbrough v. United States, 128 S. Ct. 558 (2007). "[O]ur decision to remand should not be read as a 'suggestion or a prediction that [defendant's] sentence will necessarily be altered.'" United States v. Gómez-Rosario, 418 F.3d 90, 109 (1st Cir. 2005) (quoting United States v. Heldeman, 402 F.3d 220, 224 (1st Cir. 2005)).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: 4/24/08

[cc: Edward C. Roy, Jr., Esq., Donald Lockhart, AUSA]