**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-55T |
| | ) | |
| SHAWN LEWIS | ) | |

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level _33_.

Criminal History Category _VI_.

_235_ to _293_ months imprisonment.

_5_ years supervised release (Ct. I)
_2_ to _3_ years supervised release (Ct. II)

$ 17,500 to $ 4,000,000 fine.

3. Defendant was sentenced on August 25, 2005 to 188 months imprisonment. Defendant was resentenced on June 26, 2006, to 235 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level _31_.

Criminal History Category_VI_..

_188_ to_235_ months imprisonment

_5_ years supervised release (Ct. I)
_2_ to _3_ years supervised release (Ct. II)

$ 15,000 to $ 4,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals that the defendant had an incident report on May 13, 2007, for Giving/Accepting Money without Authorization.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 188 months is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

KEVIN FITZGERALD
Counsel for Defendant

6-2-8
Date

PETER F. NERONHA
Assistant U.S. Attorney

5/29/08
Date