UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-0055T |
| | ) | |
| SHAWN LEWIS | ) | |

DEFENDANT'S AFFIDAVIT AND WAIVER

I, Shawn Lewis, make the following statement with regard to my understanding of my resentencing in this matter.

1. My case has been remanded to the District Court for resentencing in light of *United States v. Kimbrough*, 552 U.S. ___ (2007).
2. I have the right to be present and be heard by the Court with regard to my resentencing.
3. While my appeal was pending the United States Sentencing Commission amended the sentencing guidelines for crack cocaine; the applicable guideline in my case.
4. I would be eligible for a sentence reduction pursuant to that amendment but for the remand of my case.
5. Recalculation of my sentencing guideline results in a range of 188 to 235 months in prison; the low end being the same as my original sentence.
6. The government has agreed with me to recommend/request a sentence of 188 months incarceration upon resentencing.

Based on my understanding of the facts presented above, I hereby waive my right to brought before the District Court for resentencing in this matter and consent to the Court imposing sentence in my absence.

Respectfully Submitted,

Shawn Lewis

Shawn Lewis
#05573-070
FCI Ray Brook
PO Box 300
Ray Brook, NY 12977